[No. 20038-8-III. Division Three. December 13, 2001.]

THE STATE OF WASHINGTON, *Appellant,* v. JEFFREY THOMAS MCGILL, *Respondent.*

Appeal from a judgment of the Superior Court for Stevens County, No. 00-1-00057-4, Rebecca M. Baker, J., entered February 2, 2001. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, A.C.J., and Schultheis, J.

[No. 26056-5-II. Division Two. December 14, 2001.]

JOHN W. GURRAD, ET AL., *Appellants,* v. KLIPSUN WATERS HOMEOWNERS ASSOCIATION, INC., ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Thurston County, No. 97-2-01516-0, Richard A. Strophy, J., entered May 26, 2000. *Reversed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Seinfeld and Bridgewater, JJ.

[No. 45616-4-I. Division One. December 17, 2001.]

THOMAS A. CACCIOLA, ET AL., *Appellants,* v. SIMS COMMUNICATIONS, INC., ET AL., *Respondents.*

Appeal from judgments of the Superior Court for King County, No. 97-2-22252-4, Robert H. Alsdorf, J., entered August 27 and October 22, 1999. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Coleman, J., concurred in by Becker, A.C.J., and Kennedy, J.

[No. 47152-0-I. Division One. December 17, 2001.]

JEANNINE R. ZOLLINGER, *Appellant,* v. THE BOEING COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 96-2-24539-9, Richard D. Eadie, J., entered August 1, 2000. *Reversed* by unpublished opinion per Coleman, J., concurred in by Becker, A.C.J., and Webster, J.